IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID POE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SGT. HUCKABAY, et al.,<br><br>　　　　Defendants. | 1:07-CV-00413-AWI-WMW-P<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

  Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

  On February 28, 2007, plaintiff filed a notice of his intent to pay the filing fee for this action by a series of partial payments. Pursuant to 28 U.S.C. § 1915(a)(2), a prisoner seeking to bring a civil action without prepayment of fees is required to submit an application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff did not submit an application to proceed in forma pauperis on the proper form. In addition, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit an application to proceed in

forma pauperis and a certified copy of his prison trust account statement, **or** pay the $350.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis, and

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, to pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   April 10, 2007**              /s/  **William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE

2