IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID POE, | 1:07-CV-0413 AWI WMW PC |
|     Plaintiff, | |
|  vs. | ORDER AMENDING ORDER DIRECTING PAYMENT OF INMATE FILING FEE DATED JUNE 14, 2007. |
| SGT. HUCKABAY, et al., | |
| | (DOCUMENT #13) |
|     Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

On June 14, 2007, the court issued an order entitled "Order Directing Payment of Inmate Filing Fee," directing the Director of the California Department of Corrections to send payments to the court from plaintiff's inmate trust account for the $350.00 statutory filing fee for this action. Plaintiff was assessed an initial partial filing fee of $64.00 for this action pursuant to 28 U.S.C. § 1915(b)(1). The court failed to acknowledge plaintiff's previous payments of $70.00 on April 23, 2007 and $100.00 on July 2, 2007. Therefore, the court amends its previous order to reflect the following:

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Director of the California Department of Corrections or his designee shall collect from plaintiff's prison trust account an initial partial filing fee in the amount of $64.00 and shall forward the amount to the Clerk of the Court. Said payment shall be clearly identified by the name and number assigned to this action.

2. Thereafter, the Director of the California Department of Corrections or his designee shall collect from plaintiff's prison trust account the $**116.00 balance** of the filing fee by collecting monthly payment from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2).  The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order on the Director of the California Department of Corrections, 1515 S Street, Sacramento, California 95814.  (A copy of plaintiff's signed in forma pauperis affidavit was previously served on June 14, 2007).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division, 2500 Tulare Street, Room 101, Fresno, California 93721.

IT IS SO ORDERED.

Dated:     August 24, 2007                      /s/  William M. Wunderlich
                                                UNITED STATES MAGISTRATE JUDGE