IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID POE, | 1:07-cv-00413 AWI WMW (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| HUCKABAY, et al., | (DOCUMENT #21) |
| Defendants. | 30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 8, 2009, plaintiff filed a motion to extend time to file his amended complaint pursuant to the Court's order of December 10, 2008 (Document #20). Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:   January 12, 2009**              /s/  William M. Wunderlich
                                           UNITED STATES MAGISTRATE JUDGE