1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID POE,                              1:07-cv-00413-AWI-WMW (PC)

12          Plaintiff,                       ORDER GRANTING SECOND MOTION
                                             TO EXTEND TIME TO FILE AMENDED
13      vs.                                  COMPLAINT

14   SGT. HUCKABAY, et al.,                  (DOCUMENT #23)

15          Defendants.                      30-DAY DEADLINE

16   _____/

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On February 10, 2009,  plaintiff filed a motion to extend time to file an amended

19   complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING

20   THEREFOR, IT IS HEREBY ORDERED that:

21          Plaintiff is granted thirty (30) days from the date of service of this order in which to file

22   an amended complaint.

23   IT IS SO ORDERED.

24   **Dated:   February 11, 2009**            **/s/  William M. Wunderlich**
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28