1

2               IN THE UNITED STATES DISTRICT COURT

3            FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6  DAVID POE,

7           Plaintiff,                    1: 07 CV 0413 AWI WMW PC

8      vs.                                FINDINGS AND RECOMMENDATION

9  _____

10  SGT. HUCKABAY, et al.,

11           Defendants.

12

13

14           Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

15  U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28

16  U.S.C. § 636(b)(1).

17           By order filed December 10, 2008, the court issued an order dismissing the

18  operative complaint for failure to state a claim and directing Plaintiff to file an amended

19  complaint within thirty days.  Despite extensions of time, Plaintiff has not filed an amended

20  complaint.

21           In the December 10, 2008, order the court informed Plaintiff of the deficiencies in

22  his complaint, and dismissed the complaint on the ground that Plaintiff had failed to state a claim

23  upon which relief could be granted.  Because Plaintiff has not filed an amended complaint, the

24  court recommends dismissal of the claims made in the original complaint with prejudice for

25  failure to state a federal claim upon which the court could grant relief.  See Noll v. Carlson, 809

26

F. 2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to dismissing for failure to state a claim).

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for failure to state a claim upon which relief can be granted.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives all objections to the judge's findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:**    **June 1, 2009**                    **/s/  William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE