IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID POE,

        Plaintiff,               1: 07 CV 00413 AWI YNP GSA (PC)

    vs.                           ORDER

SGT. HUCKABAY, et al.,

        Defendants.

      On February 26, 2009, an order was entered, granting Plaintiff's request for an extension of time to file an amended complaint.  On June 1, 2009, a recommendation of dismissal was entered, recommending dismissal for Plaintiff's failure to file an amended complaint.  On the same date, Plaintiff filed a First Amended Complaint, on which this action proceeds.

      Accordingly, IT IS HEREBY ORDERED that the June 1, 2009, recommendation of dismissal is vacated.

      IT IS SO ORDERED.

    **Dated:   July 2, 2009**             **/s/ Gary S. Austin**
                               UNITED STATES MAGISTRATE JUDGE