1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9   DAVID POE,                                    CASE NO. 1:07-cv-00413-AWI-GBC PC

10                          Plaintiff,            ORDER GRANTING DEFENDANTS'
                                                  MOTION FOR LEAVE TO DEPOSE
11          v.                                    PLAINTIFF BY VIDEO CONFERENCE

12   D. HUCKABAY, et al.,                         (Doc. 59)

13                          Defendants.
                                         /
14

15          Plaintiff David Poe, a state prisoner proceeding pro se and in forma pauperis, filed this civil

16   rights action pursuant to 42 U.S.C. § 1983 on June 14, 2007, and a scheduling order was issued July

17   6, 2010.  This action is currently in the discovery phase, and on September 9, 2010, Defendant filed

18   a motion seeking leave to depose Plaintiff by video conference.  Fed. R. Civ. P. 30(b)(4).

19          Good cause having been shown, Defendants' motion is HEREBY GRANTED.

20

21   IT IS SO ORDERED.

22

Dated:     December 2, 2010

23                                               UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28