1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  DAVID POE,                                    CASE NO. 1:07-cv-00413-AWI-GBC PC

10                       Plaintiff,              ORDER EXTENDING APPLICATION OF
                                                 DISCOVERY AND SCHEDULING ORDER
11           v.                                  TO DEFENDANTS DEATHRIDGE AND
                                                 MATTINGLY
12  HUCKABAY, et al.,
                                                 (Doc. 51)
13                       Defendants.
                                                 Amended Unenumerated Rule 12(b)
14  _____/         Motion Deadline: 03/10/2011

15
16          Defendants Deathridge and Mattingly filed an answer to Plaintiff's amended complaint on

17  January 6, 2011.  Accordingly, application of the discovery and scheduling order filed on September

18  9, 2010, is HEREBY EXTENDED to Defendants Deathridge and Mattingly, and the unenumerated

19  Rule 12(b) motion deadline set in that order is EXTENDED to **March 10, 2011**, as to Defendants

20  Deathridge and Mattingly.

21
22  IT IS SO ORDERED.

23  Dated:     January 11, 2011
                                                 _____
24                                               UNITED STATES MAGISTRATE JUDGE

25
26
27
28