# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID POE, | CASE NO. 1:07-cv-00413-AWI-GBC PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FURNISH FURTHER INFORMATION FOR INITIATION OF SERVICE OF PROCESS |
| v. | |
| D. HUCKABAY, et al., | (Doc. 47) |
| Defendants. | |

Plaintiff David Poe ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's Third Amended Complaint, filed November 30, 2009, against Defendants D. Huckabay, R. Milan, J.M. Mattingly, Franco, Soares, M. Jiminez, T. Bullock, K. Witt, D. Rose, Carminati, White, Deathridge, Galvan, and Scott for the use of excessive force in violation of the Eighth Amendment. Because Plaintiff is proceeding in forma pauperis, the Court must appoint the United States Marshal to serve each defendant with a summons and complaint. Fed. R. Civ. Pro. 4(c)(2). However, the Marshal cannot locate and serve unidentified defendants.

On August 25, 2010, the United States Marshal returned the summons and USM-285 form for Defendants R. Milan and Galvan, unexecuted. The Marshal attempted to secure a waiver of service, but was unsuccessful. The Marshal contacted the Litigation Coordinator at Pleasant Valley State Prison (PVSP), who asserted that R. Milan and Galvan are not employed there. The Marshal then checked the California Department of Corrections and Rehabilitation (CDCR) Locator. R. Milan was not found and there were several employees named Galvan.

1

1          Within thirty days from the date of service of this order, Plaintiff shall provide the Court with
2   further information to assist the Marshal in serving Defendants R. Milan and Galvan. If Plaintiff can
3   remember any details that might assist the Court and the Marshal, Plaintiff shall so inform the Court.
4   For example, what title and/or rank were Defendants? What area of the prison did Defendants work
5   on the date(s) in question? What hours did Defendants work on the date(s) in question? Can
6   Plaintiff recall any physical attributes of Defendants, such as age, gender, hair color, eye color,
7   height, weight, and the like? Does Plaintiff remember anything that might differentiate Defendants
8   from other officers who bear that same name?
9          Based on the foregoing, it is HEREBY ORDERED that within thirty (30) days from the date
10  of service of this order, Plaintiff shall provide the Court with any and all information he has that
11  might help the Marshal identify and serve Defendants R. Milan and Galvan.
12         IT IS SO ORDERED.
13
14  Dated:   January 11, 2011                             UNITED STATES MAGISTRATE JUDGE