UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID POE, | CASE NO.   1:07-cv-00413-AWI-GBC (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SUBMIT ADDITIONAL INFORMATION FOR SERVICE OF DEFENDANT |
| v. | |
| SGT. HUCKABAY, et al., | |
| Defendants. | PLAINTIFF'S RESPONSE DUE 8/29/2011 |

**ORDER**

Plaintiff David Poe ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's Third Amended Complaint, filed November 30, 2009, against Defendants Huckabay, Milan, Mattingly, Franco, Soares, Jiminez, Bullock, Witt, Rose, Carminati, White, Deathridge, Galvan, and Scott for excessive use of force in violation of  the Eighth Amendment.  Because Plaintiff is proceeding in forma pauperis, the Court must appoint the United States Marshal to serve each Defendant with a summons and complaint.  Fed. R. Civ. Pro. 4(c)(2).

Plaintiff submitted completed a USM-285 form indicating that Defendant Galvan could be served at Pleasant Valley State Prison ("PVSP").  However, when service was attempted, the form was returned with a notation that there was a Sgt. Galvan who worked at a different institution.  The note further states that this Galvan has never worked at

1

PVSP.

Ultimately, Plaintiff bears the burden of providing the Marshall's service with sufficient information to serve a defendant. See Walker v. Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994). Accordingly, the Court ORDERS Plaintiff to provide the Court with further information to assist the Marshal in serving Sgt. Galvan. Such information must be provided to the Court by **August 29, 2011**. Failure to respond or meet this deadline and/or failure to provide accurate information for Defendant Galvan may result in dismissal of this Defendant.

IT IS SO ORDERED.

Dated:   July 23, 2011

UNITED STATES MAGISTRATE JUDGE