# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID POE,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT. HUCKABAY, et al.,<br><br>    Defendants. | CASE NO. 1:07-cv–00413-AWI-GBC (PC)<br><br>ORDER PROVIDING PLAINTIFF OPTION TO (1) STAND ON EXISTING OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR (2) FILE AMENDED OPPOSITION PER AMENDED SECOND INFORMATIONAL ORDER<br><br>Docs. 96, 98<br><br>TWENTY-ONE DAY DEADLINE |

**I. Procedural History**

On February 28, 2007, Plaintiff David Poe ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983.

On February 2, 2011, the Court issued a second informational order, advising Plaintiff that Defendants may file a motion for summary judgment and how Plaintiff must oppose the motion in order to avoid dismissal, pursuant to *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998). Doc. 70. On September 9, 2011, Defendants filed a motion for summary judgment. Doc. 96. On September 30, 2011, Plaintiff filed an opposition to the motion for summary judgment. Doc. 98. On October 7, 2011, Defendants filed a Reply to Plaintiff's opposition. Doc. 99. On January 30, 2012, the Court issued findings and recommendations, recommending granting Defendants' motion for summary judgment, and dismissing this action, with prejudice. Doc. 101. On February 21, 2012, the Court issued an order granting Plaintiff's extension of time to file objections to the findings and

recommendations. Doc. 104. On March 29, 2012, Plaintiff filed a traverse to return to petition for writ of habeas corpus, which has no bearing on this case. Doc. 108. Plaintiff has not filed any objections to the findings and recommendations.

## II. *Woods v. Carey* and Contemporaneous Notice

On July 6, 2012, the Ninth Circuit found that the notice and warning of requirements for opposing a defendant's motion for summary judgment should be issued contemporaneously when a defendant files a motion for summary judgment, as opposed to a year or more in advance. *Woods v. Carey*, --- F.3d ---, 2012 WL 2626912, at * 4 (9th Cir. Jul. 6, 2012).

On February 2, 2011, this Court issued a second informational order, containing the notice and warning of requirements for opposing a defendant's motion for summary judgment. Doc. 70. On September 9, 2011, Defendants filed a motion for summary judgment. Doc. 96. In order to address the time delay between providing notice and the filing of Defendants' motion, the Court issued an amended second informational order to Plaintiff, in accordance with *Woods.*

## III. Plaintiff has Option to (1) Stand on Existing Opposition to Motion for Summary Judgment or (2) File Amended Opposition Per Amended Second Informational Order

In light of the separately-issued amended second informational order and notice pursuant to *Woods*, the Court will provide Plaintiff with two options upon receipt of the notice and this order. Plaintiff may either (1) <u>stand</u> on his previously-filed opposition or (2) <u>withdraw</u> the existing opposition and <u>file an amended</u> opposition.

//
//
//
//
//
//
//
//
//

Accordingly, it is HEREBY ORDERED that:

1. Within **twenty-one (21) days** from the date of service of this order, Plaintiff may elect to:

   a. <u>Stand</u> on his existing opposition already submitted to the Court; or

   b. <u>Withdraw</u> his opposition and <u>file an amended</u> opposition;

2. If Plaintiff does not elect to file an amended opposition in response to this order within **twenty-one (21) days**, the Court will consider his existing opposition in resolving Defendants' motion for summary judgment;

3. If Plaintiff elects to file an amended opposition, the Court will not consider Defendants' existing reply; and

4. Defendants may file an amended reply pursuant to Local Rule 230(l).

IT IS SO ORDERED.

Dated:   July 23, 2012

UNITED STATES MAGISTRATE JUDGE